**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 99-1137

———————————

ROBERT J. MCCARTY,

Plaintiff - Appellant,

versus

RICHARD DANZIG, Secretary of the Navy,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-98-369-A)

———————————

Submitted: April 15, 1999        Decided: April 20, 1999

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert J. McCarty, Appellant Pro Se. Jeri Kaylene Somers, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Major Joe Delbert Baker, II, DEPARTMENT OF THE NAVY, Arlington, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert J. McCarty appeals the district court's order granting partial summary judgment to the employer, in this employment discrimination action, and the order denying his motion to reconsider the partial summary judgment order.  We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See McCarty v. Danzig, No. CA-98-369-A  (E.D. Va. Nov. 18 & Dec. 29, 1998.)[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The orders from which McCarty appeals were filed on November 16 and December 18, 1998, and entered on the district court's docket on November 18 and December 29, 1998.  Pursuant to Fed. R. Civ. P. 58 and 79(a), it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).